UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-61579-RKA

DEBRA BRAND,

    Plaintiffs,
v.

C. R. BARD, INC., AND TISSUE
SCIENCE LABORATORIES LIMITED

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jason H. Okleshen, of the law firm of Greenberg Traurig, P.A., hereby enters an appearance of record as additional counsel for Defendant, C. R. Bard, Inc., in the above-styled action.

All pleadings, court filings, notices, motions, discovery requests, papers, correspondence, and other documents in and concerning this action should be sent to the undersigned attorney of record.

    Respectfully submitted,

    **GREENBERG TRAURIG, P.A.**
    *Counsel for Defendant C. R. Bard, Inc.*
    777 South Flagler Drive Suite 300 East
    West Palm Beach, FL 33401
    Telephone:   (561) 650-7900
    Facsimile:   (561) 655-6222

    By: */s/ Jason H. Okleshen*
        Jason H. Okleshen, Esq., FBN 496170
        okleshenj@gtlaw.com
        Robert R. Kane III, Esq., FBN 99488
        kaner@gtlaw.com

    *Attorneys for Defendant, C. R. Bard, Inc.*

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 6, 2021 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Jason H. Okleshen*
Jason H. Okleshen
