**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:20-cv-61579-RKA**

DEBRA BRAND,

    Plaintiff,

v.

C.R. BARD, INC. AND TISSUE
SCIENCE LABORATORIES LIMITED

    Defendants.
_____/

**[PROPOSED] Order Granting Motion to Withdraw Appearance**

The motion of Aaron R. Modiano, Esq. for an order granting leave to withdraw his appearance as counsel for Plaintiff, upon consideration thereof, it is by the court:

**Ordered** that Aaron R. Modiano, Esq. be and hereby is granted leave to withdraw his appearance as counsel for Plaintiff.

Dated:

_____
Hon. Roy K. Altman
United States District Judge